IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                           Plaintiff,

      v.

MARK J. HEINZ,

                           Defendant.

ORDER

09-cr-27-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The judgment and commitment order entered in this case on July 15, 2009, is amended to provide that with respect to restitution, defendant is ordered to pay $150,000 toward his restitution obligation within 60 days of the judgment. In all other respects, the judgment and commitment order remains as entered on July 15, 2009.

Entered this 5th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1