IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                               ORDER

              Plaintiff,

                         09-cr-27-bbc

      v.

MARK J. HEINZ,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has written to the court asking that he be allowed to travel on a Caribbean cruise from January 26, 2013, through February 2, 2013, in order to perform with bands that are entertaining passengers on the cruise. Defendant's request will be GRANTED. Defendant's probation officer has advised the court that defendant has been compliant with all conditions of his supervised release and the government does not oppose the request.

1

ORDER

IT IS ORDERED that defendant Mark Heinz is permitted to travel on a Caribbean

cruse from January 26, 2013 to February 3, 2013.

Entered this 26th day of November, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2